IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MFS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-2508 |
| v. | : | |
| THOMAS A. DILAZARO, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 3rd day of August 2009, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 17), the response of Plaintiff (Docket No. 22) and Defendants' reply (Docket No. 24), and after a complete and independent review of all pleadings, motions and exhibits, which include deposition testimony and other discovery submitted by the parties, it is ORDERED that the Motion for Summary Judgment (Docket No. 17) is DENIED.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.