IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MFS, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-2508 |
| | : | |
| v. | : | |
| | : | |
| THOMAS A. DILAZARO, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 25th day of September, 2009, upon consideration of the Motion for Reconsideration of the Order of August 3, 2009 denying Defendants' Motion for Summary Judgment (Docket No. 30) filed by Defendants Thomas DiLazaro, Mark Wejkszner, Sean Robbins and Michael Bedrin, Plaintiff MFS's Response (Docket No. 31), both parties supplemental briefs (Docket Nos. 37 and 38), and the arguments made by counsel for all parties at a hearing held on September 8, 2009, and after a complete and independent review of all pleadings, motions and exhibits, which include deposition testimony and other discovery submitted by the parties in support of the underlying Summary Judgment Motion (Docket No. 17), it is ORDERED as follows:

1. The Motion for Reconsideration is GRANTED in part and DENIED in part.

2. Defendant DiLazaro shall be dismissed as a Defendant in Count I only of Plaintiff's Complaint;

3. The Motion for Reconsideration is DENIED in all other respects.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.