IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MFS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-2508 |
| v. | : | |
| THOMAS A. DILAZARO, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 16th day of February 2011, upon consideration of Defendants' Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial (Doc. No. 121), Plaintiff's Response in Opposition to the Motion (Doc. No. 166), and Defendants' Reply to the Response to the Motion (Doc. No. 169), and in accordance with the Opinion of the Court issued with this Order, it is ORDERED that Defendants' Motion for Judgment as a Matter of Law (Doc. No. 121) is GRANTED, the Judgment entered by this Court on March 5, 2010 in favor of Plaintiff and against each Defendant (Doc. No. 115) is vacated, and the above-captioned case is dismissed in its entirety. The Clerk of Court shall close the case.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.